Lester Eckler, *Executor, etc.,* *Appellant,* v. Orange Eckler, *Executor, etc.,* and others, *Respondents.* — Decree affirmed, with costs against appellant.    Opinion by Learned, P. J.

Sylvia C. Milligan and others, *Appellants,* v. James Allen, *Respondent.* — Decree affirmed, with costs against appellants. Opinion by Boardman, J.

Sophronia Carpenter, *Respondent,* v. Miranda Osborn, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs.    Opinions by Boardman and Potter, JJ., and by Learned, P. J., dissenting.

The Board of Supervisors of Tompkins County, *Respondent,* v. George H. Bristol and others, *Appellants.*— Judgment affirmed, with costs.    Opinion by Potter, J.

William Allendorph, *Respondent,* v. John C. Wheeler, *Appellant.*— Judgment affirmed, with costs.    Opinion by Learned, P. J.

The People of the State of New York v. George F. Bachman and others. — Appeal dismissed.    Opinion by Boardman, J.

Thomas Defreest, *Appellant,* v. Mary Alida Defreest and others, *Respondents.* — Judgment affirmed, with costs.    Opinion by Potter, J.

Lucy Dingman and another, *Administratrix, Respondents,* v. Peter McEwen, *Appellant.* — Judgment affirmed, with costs. Opinion by Learned, P. J.

Margaret Becker, *Respondent,* v. Peter Barman, *Appellant.*— Judgment and order affirmed, with costs.  Opinion by Potter, J.

William H. Bloomingdale, *Appellant,* v. Augustus Sherman, *Respondent.* — Judgment affirmed, with costs.    Opinion by Boardman, J.

Clay Whiteley, *Respondent,* v. Jane A. Zea, *Appellant.*— Judgment and order affirmed, with costs.   Opinion by Potter, J.

Marcus L. Bagley, *Respondent,* v. Hector Shaw, *Appellant.* — Judgment affirmed, with costs.   Opinion by Learned, P. J.

Susan P. Dimmick, *Respondent,* v. John W. Redmond, *Appellant.*— Judgment of County Court reversed and that of justice affirmed, with costs.   Opinion by Boardman, J.; Learned, P. J., dissenting on opinion of Maynard, Co. J.

Milton Sutherland, *Respondent,* v. Adam Van Alstyne, *Appellant.* — Judgment affirmed, with costs.    Opinion by Potter, J.

Rensselaer Post, *Respondent,* v. Edward Lyke, *Appellant.* — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

In the Matter of John C. Smith, an Attorney.—Order granted disbarring him.

In the Matter of Julius R. Thompson, an Attorney. — Order granted disbarring him.